UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

FILED
2023 JUL 17 PM 2:00
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

**JEAN CENECHARL**
*Plaintiff*

v.

**MR. DIXON**, SECRETARY
FLORIDA DEPT. OF CORRECTIONS,
**MARK JONES**, WARDEN, DESOTO
CORRECTIONAL INSTITUTION,
**CAPTAIN ROBBINS**
**LT. CONNER**
**MS. ROBERTS**
*Defendant(s)*

_____/

Case No: 2:19-cv-718-JLB-NPM

2:23 cv 535-JES-NPM

**COMPLAINT**
(*Pro se* Confined Litigant)

Jury Demand?
__X__ Yes
_____ No

I.  This is a complaint of a Eighth Amendment constitutional violation for an inmate to be free from unreasonable search and the sexual harassment of an inmate confined in a state penal institution, along with deliberate indifference to the supervisory Defendant(s) who allowed this action to occur, all while acting under the color of state law.

__X__ 42 U.S.C. § 1983 (state, county, municipal defendants)

_____ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II.  PLAINTIFFF INFORMATION

    Name: Cenecharl, Jean
    Id#:G17411
    Place of Detention: South Bay Correctional Facility
    Institutional Address: 600 U.S. Highway 27 South
    South Bay, Florida 33493

## III.  STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

    ____Pretrial detainee
    ____ civilly committed detainee
    ____ Immigration detainee
    _X_ Convicted and sentenced state prisoner
    ____ Convicted and sentenced federal prisoner

## IV.  DEFENDANT(S) INFORMATION

**Defendant 1:**
Name: Ricky Dixon
Current Job Title: Secretary, Florida Dep't. of Corrections
Current Work Address: Florida Department of Corrections
                        501 South Calhoun Street
                        Tallahassee, Florida 32399

**Defendant 2:**
Name: Jones, Mark
Current Job Title: Warden, DeSoto Correctional Institution
Current Work Address: DeSoto Correctional Institution
                        13617 S.E. Highway 70
                        Arcadia, Florida 34266-7800

**Defendant 3:**
Name: Captain Robbins
Current Job Title: Captain, DeSoto Correctional Institution
Current Work Address: DeSoto Correctional Institution
                        13617 S.E. Highway 70
                        Arcadia, Florida 34266-7800

**Defendant 4:**
Name: Lt. Conner
Current Job Title: Lieutenant, DeSoto Correctional Institution
Current Work Address: DeSoto Correctional Institution
13617 S.E. Highway 70
Arcadia, Florida 34266-7800

**Defendant 5:**
Name: Ms. Roberts
Current Job Title: Classification, DeSoto Correctional Institution
Current Work Address: DeSoto Correctional Institution
13617 S.E. Highway 70
Arcadia, Florida 34266-7800

## V.    STATEMENT OF CLAIM

On April 3, 2018, Plaintiff was stopped by then staff member (DeSoto C.I.) Sgt. Cheraz (who is now deceased) on his way from the chow hall and told to put his hands against the wall for a pat down. Since this illegal event, Sgt. Cheraz committed suicide after being accused of sexually assaulting a staff member's niece. Plaintiff was further told by Cheraz to spread his legs and was then patted down. During this time, Charez reached inside Plaintiff's pants and started rubbing his penis and began to stroke him, all the while Plaintiff was against the wall with his hands up in front of him as he was told. Plaintiff asked Charez to stop what he was doing as he is not a homosexual and did not like what was being done to him, also that it was hurting him. Plaintiff attempted to move away from Charez, but was told to stand still and not to move.

At that time, Sgt. Charez told the Plaintiff to "shut the fuck up" and removed his hands from inside Plaintiff's pants and began to massage his buttocks. During this entire time, Sgt. Charez was telling Plaintiff he "liked black men

with big dicks and he liked Plaintiff's nice soft ass". During the entire episode, Plaintiff was telling Sgt. Charez to please stop, that he was uncomfortable with the situation, that it was inappropriate, along with being physically painful. Sgt. Charez broke out laughing at the Plaintiff when he noticed how uncomfortable he was and that he was feeling disgusted with the scene of events.

Plaintiff informed the Defendant[s] of the situations that were happening against him while he was at DeSoto C.I., all to no avail. Plaintiff was told that because of his allegations against Sgt. Charez, that they were going to transfer him (while he was being house in confinement for making the allegations against one of their staff) and there was nothing he could do about it. That was the only action that was taken by the Defendant[s] to stop the sexual abuse and mistreatment he was forced to suffer while at DeSoto C.I. The servants, agents and employees of the Department of Corrections, were at all times material to this action, acting within the course and scope of their employment

No person should have to endure the type of abuse alleged in this case.
As a direct and proximate result of Defendant[s] actions and/or inactions on behalf of the known sexual assault, Plaintiff was and is:

- Suffering from fear, apprehension, anxiety and other mental and emotional injuries suffering experienced during the period of time in Defendant's custody and continues to this day.
- Fear, apprehension, anxiety, and other mental and emotional injuries and suffering experienced by being forced to be groped and

      sexually assaulted by staff and having no control over the situation or a way to stop it.

- Degradation arising out of indifferent and abusive treatment and violation of civil rights as guaranteed by the Eighth Amendment.
- Mental and emotional suffering lingering after the event that took place.
- Continuing mental and emotional anguish, depression and other suffering along with a diminished capacity to enjoy life.

## VI. ADMINISTRATIVE PROCEDURES

Plaintiff avers that all of his administrative remedies that were available to him have been exhausted and this complaint is ripe for the Honorable Court's review and to set for a jury trial.

## VII. RELIEF

Plaintiff requests that the Court set this case for a trial by jury; or in the alternative, award him compensatory and punitive damages for the injuries suffered as a result of the actions and/or inactions of the Defendant(s) in the sum of $50,000.00 per Defendant, or any other relief this Honorable Court deems just and proper to send a message to the Defendant(s) that these actions are unacceptable and will not be tolerated within the Department of Corrections.

## VIII. LITIGANT'S LITIGATION HISTORY

### ALL LITIGANTS MUST ANSWER

Have you to date brought any other lawsuits in state or federal court while confined?      _____ yes      __X__ no

Number each different lawsuit below and include the following:

• name of case (including defendant's names), court, and docket number.  N/A

• nature of claim made.  N/A

• how did it end?  N/A

## IX.   PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing case law or by a non-frivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirement of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. **I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.**

_7-11-23_
Dated

_A. Cenechal_
Plaintiff's signature

Cenecharl, Jean
Printed Name (Last, First, MI)

ID #G17411

_G17411_
Inmate ID#

| South Bay Correctional Facility | South Bay, Florida | 33493 |
|---|---|---|
| Institutional Name | City        Sate | Zip Code |